[No. 15823-3-III.    Division Three.    January 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY LYNN QUARLES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-01513-4, Thomas E. Merryman, J., entered May 2, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 15826-8-III.    Division Three.    January 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY DENNIS MCKENNA, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-01292-3, Thomas E. Merryman, J., entered April 19, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16364-4-III.    Division Three.    January 20, 1998.]

R.S. RANCHES, INC., *Respondent*, v. DONALD S. GERARD, ET AL., *Appellants*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 2, 1998.

[No. 38795-2-I.    Division One.    January 20, 1998.]

DELL E. KEEHN, ET AL., *Appellants*, v. OMI ACQUISITION CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-16633-6, Sharon S. Armstrong, J., entered May 15, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Grosse, JJ.